FILED
APR 21 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Magistrate Case No.: '08 MJ 8336 |
| Plaintiff, | COMPLAINT FOR VIOLATION OF |
| vs. | 21 U.S.C. § 952 and 960 |
| Hector Joaquin PERALTA Chavarria, | Importation of a Controlled Substance (Felony) |
| Defendant. | |

The undersigned complainant being duly sworn states:

On or about April 19, 2008, within the Southern District of California, defendant Hector Joaquin PERALTA Chavarria did knowingly and intentionally import approximately 40.06 kilograms (88.18 pounds) of marijuana a Schedule 1 Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Probable Cause Statement incorporated herein by reference.

Rosalinda Estrada, Special Agent
Immigration and
Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 21st DAY OF APRIL, 2008.

PETER C. LEWIS
U.S. MAGISTRATE JUDGE

**UNITED STATES OF AMERICA**

v.

**Hector Joaquin PERALTA Chavarria**

**PROBABLE CAUSE STATEMENT**

This complaint is based on the personal observations, investigation, and information furnished to Immigration and Customs Enforcement Special Agent Rosalinda Estrada.

On April 19, 2008, at approximately 0841 hours, Hector Joaquin PERALTA Chavarria entered the United States through the Calexico, California, East Port of Entry. PERALTA was the driver and sole occupant of a light green 1992 Honda Accord, bearing license plates (BA/MX) BEJ4687. PERALTA gave primary Customs and Border Protection Officer (CBPO) Valencia a negative oral customs declaration. PERALTA stated that he was going to Santo Thomas in Calexico, Ca. After further routine questioning of PERALTA, CBPO Valencia noticed that PERALTA seemed somewhat nervous. CBPO Valencia tapped on the gas tank and noticed that it sounded solid. CBPO Valencia decided to walk the vehicle back to Vehicle Secondary for further inspection.

In the Vehicle Secondary lot, CBPO Valencia conducted a thorough physical search of the vehicle and discovered packages concealed in the gas tank and in the rear seat back of the vehicle. One of the packages was probed and the substance inside field-tested positive for marijuana. 25 packages were found in the gas tank and 14 packages in the rear seat back. The 39 packages had a combined weight of approximately 40.06 kilograms (88.13 pounds).

PERALTA was placed under arrest and advised of his Miranda Rights, which he acknowledged. PERALTA was booked into the Imperial County Jail pending his initial appearance before a U.S. Magistrate Judge.

Executed on April 19, 2008 at _____3:10 pm_____ hours.

_____
Special Agent

On the basis of the facts presented in the probable cause statement consisting of __2__ page(s), I find probable cause to believe that the defendant(s) named in this probable statement committed the offence on April 19, 2008 in violation of Title __21__, United States Code, Section(s) __952 and 960__.

_____
The Honorable Jan M. Adler
United States Magistrate Judge

4/19/08 @ 3:12
Date/Time p.m.