FILED

MAY 1 5 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY *CF*                          DEPUTY

1

2

3

4

5

6                    UNITED STATES DISTRICT COURT

7                  SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,      )   Criminal Case No. 08CR1603-JLS
8                               )
              Plaintiff,        )   I N F O R M A T I O N
9                               )
        v.                      )   Title 21, U.S.C., Secs. 952 and
10                              )   960 – Importation of marijuana
HECTOR JOAQUIN                  )   (Felony)
11  PERALTA CHAVARRIA,          )
                                )
12            Defendant.        )
   _____)

13

14        The United States Attorney charges:

15        On or about April 18, 2008, within the Southern District of

16  California, defendant HECTOR JOAQUIN PERALTA CHAVARRIA, did knowingly

17  and  intentionally  import  approximately  40.06  kilograms  (88.18

18  pounds)(gross weight), a Schedule I Controlled Substance, into the

19  United States from a place outside thereof; in violation of Title 21,

20  United States Code, Sections 952 and 960.

21        DATED: May 15, 2008 .

22                              KAREN P. HEWITT
                                United States Attorney
23

24

25                              JEFFREY D. MOORE
                                Assistant U.S. Attorney
26

27  JDM:rp:San Diego
    5/14/08
28