AO 455(Rev. 5/85) Waiver of Indictment

| UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA |  FILED MAY 1 5 2008 CLERK, U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA BY ___ DEPUTY |
|---|---|

| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
|---|---|
| v. | |
| HECTOR JOAQUIN PERALTA CHAVARRIA | CASE NUMBER: 08MJ 8336 08CR1603-JLS |

I, HECTOR JOAQUIN PERALTA CHAVARRIA, the above named defendant, who is accused of committing the following offense:

> Importation of marijuana, in violation of Title 21, United States Code, Sections 952 and 960 (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __5/15/08__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer